**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW     WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

PENNSYLVANIA — Allentown, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton
NEW JERSEY — Cherry Hill, Roseland
DELAWARE — Wilmington
OHIO — Cincinnati, Cleveland
FLORIDA — Ft. Lauderdale, Jacksonville, Orlando, Tampa
NEW YORK — Long Island, New York City, Westchester

Wall Street Plaza, 88 Pine Street, 21st Floor · New York, NY 10005
(212) 376-6438 · Fax (212) 376-6400

Direct Dial: 212-376-6438
Email: jahess@mdwcg.com

November 4, 2016

Hon. Nelson S. Roman                                              <u>Via ECF Only</u>
United States District Judge
U.S. District Court – Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

RE:   *Corcia, David v. Midland Credit Management, Inc. and Midland Funding, LLC*
      Docket No.:   7:16-cv-06475-NSR

Dear Judge Roman:

My firm, Marshall Dennehey Warner Coleman & Goggin, is counsel for Defendants Midland Credit Management, Inc. and Midland Funding, LLC in the above-referenced action. We respectfully request that the Court set an initial conference concerning this matter. Thank you in advance for your consideration of this request.

Respectfully submitted,

*/s/ Joseph A. Hess*

Joseph A. Hess

cc:   Counsel of Record (via ECF)