# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID CORCIA, individually and on behalf
of a class,

                                                  Plaintiff,

                 -against-

MIDLAND CREDIT MANAGEMENT, INC.
and MIDLAND FUNDING, LLC,

                                           Defendants.
------------------------------------------------------------X

**SCHEDULING ORDER**

16 Civ. 6475 (NSR)(JCM)

TO ALL PARTIES:

The Court has scheduled a Status Conference for March 1, 2017 at 10:00 a.m. before Magistrate

Judge Judith C. McCarthy in Courtroom 421.

    *Any party seeking to reschedule shall telephone Chambers with all other parties on the line.*

Dated:  November 28, 2016
          White Plains, New York

                                             SO ORDERED:

                                             JUDITH C. McCARTHY
                                             United States Magistrate Judge